UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE GRAND JURY SUBPOENA : No. 3:23 MJ 558 WIG
N-22-1-126 / #706 :
:

**NON-DISCLOSURE ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo, Inc. (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of grand jury subpoena N-22-1-126 / #706 (hereinafter "the Subpoena").

The Court determines that there is reason to believe that notification of the existence of the Subpoena, which has not been reviewed by the Court, will seriously jeopardize the investigation, including by giving subjects of the investigation an opportunity to flee prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until **June 21, 2024**, absent further order by the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

Any motion to extend the deadlines in this order shall be filed by **June 10, 2024**.

It is so ordered this 22d day of June, 2023, at Hartford, Connecticut.

HONORABLE WILLIAM I. GARFINKEL
United States Magistrate Judge